# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DISTRICT

| | |
|---|---|
| OHIO VALLEY ELECTRIC CORPORATION, </br></br>                        Appellant, </br></br>v. </br></br>FIRSTENERGY SOLUTIONS CORPORATION, *et al.*, </br></br>                        Appellees. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 5:19-cv-02547-SL </br></br>Hon. Sara Lioi |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF KEVIN K. CHANG TO PRACTICE *PRO HAC VICE*

Upon consideration of the Motion for Admission of Kevin K. Chang to Practice *Pro Hac Vice* and supporting Declaration, filed pursuant to Local Rule 83.5(h) of the United States District Court for the Northern District of Ohio, it is hereby ORDERED that Kevin K. Chang is hereby admitted *pro hac vice* and permitted to appear and participate in this matter on behalf of Appellant, Ohio Valley Electric Corporation.

Dated: November _____, 2019
Akron, Ohio

                                    THE HONORABLE SARA LIOI
                                    UNITED STATES DISTRICT COURT JUDGE